**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jessica Hernandez,<br><br>        Plaintiff<br><br>v.<br><br>CITIBANK, N.A. et. al.,<br><br>        Defendant | Case No. 5:17-cv-01771-JGB-SHK<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs, expenses and attorneys' fees.

Dated this 10th day of January, 2018

_____
The Honorable Jesus G. Bernal